IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                      CIVIL ACTION NO. 1:26-cv-00040-HSO-BWR

THE REAL PROPERTY KNOWN AS
16478 NORTHRUP CUEVAS ROAD,
GULFPORT, MISSISSIPPI 39503, et al.                          DEFENDANT PROPERTY

## UNITED STATES' MOTION TO DISMISS COUNTERCLAIM [19]

The United States of America, by and through its United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Mississippi, and, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), moves to dismiss the Counterclaim [19] (the "Counterclaim") filed by the Claimants, Gloria Young and Louis J. Smith, on the basis that this Court lacks subject matter jurisdiction over the Counterclaim because such claim is barred by the United States' sovereign immunity and that such Counterclaim fails to state a claim upon which relief can be granted. Contemporaneous to the filing of this Motion, the United States has filed a Memorandum Brief in support of this Motion. All of the statements and arguments made therein are incorporated here by reference.

**RESPECTFULLY SUBMITTED**, this the 14th day of April 2026.

J.E. BAXTER KRUGER
United States Attorney

By:        */s/ Max Lewis Meyers*
           MAX L. MEYERS
           Assistant United States Attorney
           MS Bar No. 106187
           United States Attorney's Office
           Southern District of Mississippi
           501 East Court Street, Suite 4.430
           Jackson, Mississippi 39201

1

Telephone:    (601) 973-2172
Facsimile:    (601) 965-4032
Email: Max.Meyers2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this date, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF system, which sent notification to all counsel of record.

I also hereby certify that I have caused the foregoing document to be sent to the following individual(s) by FedEx and e-mail:

Travis James Carrell
4016 Benton Dr.
Bourg, LA 70343
tcarrell@go-set.com

Dated: April 14, 2026

_/s/ Max L. Meyers_____
MAX L. MEYERS